UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARREN NEESE,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Defendant.

_____ /

CASE NO.:

3:13-cv-1588-J-34JBK

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §1441(a) and 1446, hereby files this, its Notice of Removal and in support thereof, state as follows:

1. On or about November 8, 2013, Plaintiff instituted an action in the County Court for Volusia County, Florida, which was captioned *Darren Neese v. Portfolio Recovery Associates, LLC*, and assigned case number 2013 23195 CONS (the "County Court Case"). Attached hereto as Exhibit "A" are true and correct copies of all process, pleadings, and orders served upon Defendant in the County Court Case.

2. The Summons and Complaint were served on Defendant on December 2, 2013.

3. Plaintiff's Complaint purports to allege a federal cause of action against Defendant for alleged violations of the Federal Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA") and the Fair Debt Collection Practices Act ("FDCPA")

4. Because the allegations contained in Plaintiff's Complaint arise under the Constitution, laws or treaties of the United States, this Court has original, federal question jurisdiction over this matter pursuant to 28 U.S.C. §1331.

5. Removal is proper to this Court pursuant to 28 U.S.C. §1441(b), which provides:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

6. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the judicial district and division within which the County Court Case is pending. Therefore, removal is proper to this Court pursuant to 28 U.S.C. §1446(a).

7. This Notice of Removal has been filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon the Defendant. 28 U.S.C. §1446(b).

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully submits that it has effected removal of this action to the United States District Court for the Middle District of Florida, Jacksonville Division.

Dated: December 20, 2013

                                                Respectfully submitted,

/s/ Sharina T. Romano
Sharina T. Romano (FBN 65501)
stromano@portfoliorecovery.com
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502
Telephone: 757-481-8365
Facsimile: 757-321-2518

Attorney for Defendant
Portfolio Recovery Associates, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2013, the foregoing was served via U.S. Mail to:

Darren Neese
3017 Wild Pepper Ave.
Deltona, FL 32725

                                                /s/ Sharina T. Romano       /s/